UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAZERIAH JONES,<br><br>          Plaintiff,<br><br>     v.<br><br>POLK, et al.,<br><br>          Defendants. | Case No.: 2:24-cv-02354-JAD-NJK<br><br>**Order Denying Applications to Proceed** *In Forma Pauperis* **as Moot And Directing Plaintiff to File Her Current Address**<br>(Docket Nos. 4, 5) |

Plaintiff Lazeriah Jones, a former inmate in the custody of the Nevada Department of Corrections ("NDOC") has filed two applications to proceed *in forma pauperis*. Docket Nos. 4, 5. However, Plaintiff subsequently paid the $405 filing fee in full. Docket No. 7.

According to the NDOC inmate database, Plaintiff has been released from custody and is no longer housed at Florence McClure Women's Correctional Center, the last address that she provided to the Court. Under Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

Accordingly, for the reasons stated above,

IT IS ORDERED that, Plaintiff's applications to proceed *in forma pauperis*, Docket Nos. 4, 5, are **DENIED** as moot.

IT IS FURTHER ORDERED that Plaintiff must file her updated address with the Court on or before **November 1, 2025**.

. . . .

. . . .

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

IT IS SO ORDERED.

DATED: October 1, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE